DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JESSICA C. ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2068
Fax: (831) 454-2115

**E-Filed 8/13/2010**

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE JARDINE BYRNE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY AND PLANNING DEPARTMENT COUNTY OF SANTA CRUZ NEAL COONERTY, JOHN LEOPOLD, ELLEN PIRIE, TONY CAMPOS, JAN BEAUTZ, MARK W. STONE, COUNTY BOARD OF SUPERVISORS, COUNTY OF SANTA CRUZ AND DOES 1 - 25, inclusive,<br><br>Defendants. | Case No. CV 09-03729 JF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO CONDUCT MEDIATION; [PROPOSED] ORDER** |

## STIPULATION

The next case management conference in this case is scheduled for September 10, 2010 and the parties were ordered to conduct the court mediation by that date. On July 14, 2010, the parities had an initial conference call with Howard A. Herman, director of the Alternative Dispute Resolution Program, to discuss the nature of the case and scheduling the court mediation. During the call, Ms. Byrne stated that she would be out of the country from September 5, 2010 through September 20, 2010. In addition, as Mr. Howard is currently in the process of finding an appropriate mediator for the case, he indicated that it was not probable the court mediation could occur in July. Accordingly, the only agreeable time the parties could attend court mediation would be in August.

1  The number of dates available in August would also be limited by the availability of the assigned
2  mediator.
3      Due to plaintiff's inability to attend the case management conference and the potentially
   small window for the parties to conduct the court mediation before plaintiff's pre-planned travel, the
4  parties request that that the case management conference be continued until October 15, 2010 and
5  further request that the Court extend the time for the parties to conduct mediation until that date.

7  Dated: ~~July~~ /2, 2010                    DANA McRAE, COUNTY COUNSEL
       Aug.

9                                               By: _____/S/_____
                                                    JESSICA C. ESPINOZA
10                                                  Assistant County Counsel
                                                    **Attorneys for Defendants**

12 Dated: Aug 6, 2010

15                                               ANTOINETTE JARDINE BYRNE
                                                 Plaintiff

18                           [PROPOSED] ORDER

19     For good cause shown, the September 10, 2010 case management conference in this case is
   continued until   October 15, 2010   . Further, the time for the parties to conduct the
20
   court mediation is extended until   September 10, 2010   .
21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: 8/13/2010

25                                               _____
                                                 HON. JEREMY FOGEL
26                                               UNITED STATES DISTRICT JUDGE