**E-Filed 9/27/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE JARDINE BYRNE,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CRUZ COUNTY AND PLANNING DEPARTMENT, et al.,<br><br>    Defendants. | Case Number 05:09-cv-03729-JF/PVT<br><br>ORDER[1] GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT<br><br>[re: document no. 42 ] |

On August 4, 2010, Plaintiff filed a motion for leave to file a second amended complaint ("SAC"). The motion was set for hearing on October 8, 2010. On September 20, 2010, Defendants filed a statement of non-opposition to Plaintiff's motion.

Accordingly, Plaintiff's motion for leave to amend is GRANTED. The Clerk of the Court is directed to file the SAC submitted by Plaintiff on August 4, 2010 (document no. 43). The October 8 hearing is VACATED.

IT IS SO ORDERED.

Dated: 9/27/2010

                                                   JEREMY FOGEL
                                                   United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1  This order has been served upon the following persons:

2

3  Antoinette Jardine Byrne    poirotacctg@hotmail.com

4  Dana Maureen McRae    dana.mcrae@co.santa-cruz.ca.us

5  Jessica Claudine Espinoza    jessica.espinoza@co.santa-cruz.ca.us, csl026@co.santa-cruz.ca.us, csl054@co.santa-cruz.ca.us

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28