\*\*E-Filed 1/21/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE JARDINE,<br><br>               Plaintiff,<br><br>   v.<br><br>SANTA CRUZ COUNTY, et al.,<br><br>               Defendant. | Case No. 09-cv-3729 JF<br><br>ORDER[1] RE REQUEST FOR INFORMATION |

On December 17, 2010, Plaintiff filed a request under the Freedom of Information Act seeking information from Defendant Santa Cruz County. Because Santa Cruz County is not an agency of the United States government within the meaning of 5 U.S.C. § 551(1), the Freedom of Information Act is not relevant to this proceeding. However, pursuant to Federal Rule of Civil Procedure 26(b)(1), parties "may obtain discovery regarding any nonprivileged matter that is relevent to any party's claim or defense." Such discovery requests should be made directly to the opposing party.

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-3729 JF/PSG
ORDER RE REQUEST FOR INFORMATION
(JFLC3)

1 | **IT IS SO ORDERED.**

2

3 | DATED: 1/21/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-cv-3729 JF/PSG
ORDER RE REQUEST FOR INFORMATION
(JFLC3)

1 | Copies of this Order have been served on the following persons:

2 | Antoinette Jardine Byrne
3 | Post Office Box 912
  | Soquel, CA, 95073

3

Case No. 5:09-cv-3729 JF/PSG
ORDER RE REQUEST FOR INFORMATION
(JFLC3)