**United States District Court**
For the Northern District of California

1    **\*E-Filed 12/9/11\***

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   ANTOINETTE JARDINE-BYRNE.              No. C 09-03729 RS

13              Plaintiffs,                 **CASE MANAGEMENT
                                            SCHEDULING ORDER**
14        v.

15   SANTA CRUZ COUNTY & PLANNING
     DEPT., et al.,
16

17              Defendants.
                                        /
18   _____

19        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

20   Management Conference on December 8, 2011.  After considering the Joint Case Management

21   Statement submitted by the parties and consulting with the attorneys of record for the parties and

22   good cause appearing, IT IS HEREBY ORDERED THAT:

23        1.      DISCOVERY.

24        On or before April 13, 2012, all non-expert discovery shall be completed by the parties.

25   Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five

26   (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

27   for production of documents or for inspection per party; and (d) a reasonable number of requests for

28   admission per party.

**United States District Court**
For the Northern District of California

1    2.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions

2  shall proceed as follows:

3    A.  On or before May 4, 2012, plaintiff shall disclose expert testimony and reports in

4  accordance with Federal Rule of Civil Procedure 26(a)(2).

5    B.  On or before May 25, 2012, defendant shall disclose expert testimony and reports in

6  accordance with Federal Rule of Civil Procedure 26(a)(2).

7    C.  On or before June 8, 2012, all discovery of expert witnesses pursuant to Federal Rule of

8  Civil Procedure 26(b)(4) shall be completed.

9    3.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

10  Civil Local Rule 7.  All pretrial motions shall be heard no later than September 13, 2012.

11    4.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

12  confer to discuss preparation of a joint pretrial statement, and on or before October 18, 2012,

13  counsel shall file a Joint Pretrial Statement.

14    5.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on

15  **November 1, 2012 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

16  Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case

17  shall attend personally.

18    6.      TRIAL DATE.   Trial shall commence on **November 13, 2012 at 9:00 a.m.**, in

19  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

20  California.

21

22    IT IS SO ORDERED.

23

24    DATED:  12/9/11

25    _____

26    RICHARD SEEBORG
      United States District Judge

27    CASE MANAGEMENT SCHEDULING ORDER

28

2