*E-Filed 1/25/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTOINETTE JARDINE BYRNE | No. C 09-03729 RS |
| Plaintiff, | **ORDER GRANTING CONTINUANCE** |
| v. | |
| SANTA CRUZ COUNTY, et al., | |
| Defendants. | |

Defendants' unopposed motion for a continuance of the summary judgment hearing in the above captioned action is hereby granted. The hearing currently scheduled for February 16, 2012, is hereby vacated, and rescheduled for **April 12, 2012** in Courtroom 3, 17th Floor, 450 Golden Gate Ave., San Francisco. As always, unless the parties obtain a modification of the briefing schedule pursuant to Local Rule 6, briefing of the motion must comply with Local Rule 7.

IT IS SO ORDERED.

Dated: 1/25/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE